UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    SOUHEIL YAZBEK                               CASE NO. 20-40528-MAR
                                                          CHAPTER 13
                                                          HONORABLE MARK A. RANDON

    DEBTOR.
_____/

KURT THORNBLADH (P25858)
Attorney for Debtor
7301 Schaefer
Dearborn, MI 48126
(313) 943-2678
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 7th day of February, 2020, a copy of the Objection of Mercedes-Benz Financial Services USA LLC to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Krispen S. Carroll | Kurt Thornbladh |
| Trustee | Attorney at Law |
| 719 Griswold, Suite 1100 | 7301 Schaefer |
| Detroit, MI 48226 | Dearborn, MI 48126 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED:  February 7, 2020